**Dean E. Johnson [CSBN 114065]**
**600 Allerton Street, Suite 202**
**Redwood City, CA  94063**
**Phone:  (650) 216-7155**
**Fax:  (650) 216-7355**

Attorney for Defendant
PETER WONG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12-0483 JW |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | Date:  July 11, 2012 |
| MANDY NATCHI YAGI and PETER WONG, | Time:  9:30 AM |
| Defendants. | |

The Court having read and considered the Stipulation For Amendment of Conditions of Pretrial Release, and the related filings submitted by the parties herein, and having considered the other pertinent documents and records in the above-entitled case, and good cause appearing,

**IT IS HEREBY ORDERED** defendants' conditions of pretrial release be, and hereby are amended as follows:

> Not withstanding any other condition of pretrial release, defendants shall be permitted to contact and speak with each other for purposes of their employment, except that defendants shall not be allowed to discuss the subject matter of this case.

Dated: July 11, 2012

_____
Hon. Maria-Elena James
United States District Magistrate

-1-