MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-0483 EMC |
| Plaintiff, ) | STIPULATION REQUESTING SETTING OF INITIAL APPEARANCE BEFORE DISTRICT COURT, AND [P~~ROP~~OSED] ORDER |
| v. ) | |
| MANDY NATCHI YAGI and PETER WONG, ) | |
| Defendant. ) | |

The parties respectfully stipulate as follows:

    1.    The grand jury returned the indictment in this matter on June 21, 2012. Defendants Mandy Natchi Yagi and Peter Wong made their initial appearances in magistrate court the following day and were released on bond.

    2.    This case was originally assigned to Judge Ware.  The parties never appeared before Judge Ware because of his unavailability in advance of his retirement.  On September 4, 2012, the case was reassigned to the Honorable Edward M. Chen.

    3.    The parties respectfully request that the Court place this matter on its criminal law and motion calendar for September 19, 2012, at 2:30 p.m., for the initial district court appearance

1 | in the case.

2 |     IT IS SO STIPULATED.

3 |

4 | DATED: September 7, 2012         _____/s/_____
STEVEN G. KALAR

5 | Attorney for Defendant Mandy Natchi Yagi

6 |

7 | DATED: September 7, 2012         _____/s/_____
DEAN JOHNSON

8 | Attorney for Defendant Peter Wong

9 |

10 | DATED: September 7, 2012         _____/s/_____
ANDREW P. CAPUTO

11 | Assistant United States Attorney

12 |

13 |

14 | **[PROPOSED] ORDER**

15 |     Pursuant to stipulation and for good cause shown, this matter is placed on the Court's

16 | criminal law and motion calendar on September 19, 2012, at 2:30 p.m., for the initial district

17 | court appearance in the case.

18 |     IT IS SO ORDERED.

19 |

20 | DATED: \_\_9/11/12_____

21 | EDWARD M. CHEN
United [States District Judge]

*IT IS SO ORDERED*
Judge Edward M. Chen
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

STIP. & [PROP.] ORDER
CR 12-0483 EMC