1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ANDREW P. CAPUTO (CABN 203655)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: andrew.caputo@usdoj.gov

8  Attorneys for Plaintiff

9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,      )   No. CR 12-0483 EMC
14                                )
         Plaintiff,                )   STIPULATION REQUESTING
15                                )   REFERRAL FOR SETTLEMENT
      v.                           )   CONFERENCE, AND [PROPOSED]
16                                )   ORDER
   MANDY NATCHI YAGI and PETER    )
17 WONG,                           )
                                  )
18       Defendant.                )
                                  )
19

20       The parties respectfully stipulate as follows:

21       1.    At the last calling of the case, the Court asked whether the parties believed they

22 might benefit from a settlement conference before a magistrate judge.

23       2.    The parties have conferred and agreed that a settlement conference might

24 facilitate resolution of the case.  They respectfully request referral to the Honorable Laurel

25 Beeler for a settlement conference.  They have conferred with Judge Beeler's courtroom deputy,

26 who has indicated that March 13 is available for a settlement conference.

27

28

STIP. & [PROP.] ORDER
CR 12-0483 EMC

3. Accordingly, the parties respectfully ask the Court to refer the case to Judge Beeler for a settlement conference on March 13, 2013, or such other date as Judge Beeler may specify.

IT IS SO STIPULATED.

DATED: February 27, 2013        _____/s/_____
                                JENNIFER WIRSCHING
                                Attorney for Defendant Mandy Natchi Yagi

DATED: February 27, 2013        _____/s/_____
                                DEAN JOHNSON
                                Attorney for Defendant Peter Wong

DATED: February 27, 2013        _____/s/_____
                                ANDREW P. CAPUTO
                                Assistant United States Attorney

### [~~PROP~~OSED] ORDER

Pursuant to stipulation and for good cause shown, the Court hereby refers this matter to the Honorable Laurel Beeler to conduct a settlement conference on March 13, 2013, or such other date as Judge Beeler may specify.

IT IS SO ORDERED.

DATED:  3/4/13        _____
                     EDWARD M. CHEN
                     United States District Judge

*IT IS SO ORDERED — Judge Edward M. Chen (stamp, United States District Court, Northern District of California)*

STIP. & [PROP.] ORDER
CR 12-0483 EMC