MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0483 EMC |
| Plaintiff, | STIPULATION REQUESTING CONTINUANCE OF TRIAL AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, AND [P~~ROPOSE~~D] ORDER |
| v. | |
| MANDY NATCHI YAGI and PETER WONG, | |
| Defendant. | |

The parties respectfully stipulate as follows:

     1.    Trial is currently set for May 6, 2013, with pretrial filings due beginning on April 2, 2013.

     2.    The parties participated in a settlement conference last week before the Honorable Laurel Beeler.  The settlement conference proved unsuccessful.  In the wake of the failed settlement conference, the United States intends to seek a superseding indictment in advance of trial.

     3.    In light of the timing of the above developments and their proximity to the currently scheduled trial date, the parties jointly believe there is good cause to continue the trial

1  date for a period of less than three months.  Accordingly, after consultation with the Court's staff
2  about the Court's schedule, the parties respectfully ask the Court to continue trial in this matter
3  to July 22, 2013.

4      4.      As noted above, the government plans to seek a superseding indictment.  The
5  superseding indictment will result in additional discovery being provided to the defense.
6  Counsel for both defendants will require time to review the additional discovery and to
7  investigate the additional claims contained in the anticipated new charging document.
8  Accordingly, the parties jointly request that the Court exclude, in computing the time within
9  which trial must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), the period
10 from March 22, 2013, through July 22, 2013.  The parties agree that failing to grant the
11 requested continuance would deny counsel for the defendants the reasonable time necessary for
12 effective preparation, taking into account the exercise of due diligence, in this case.
13      IT IS SO STIPULATED.

15 DATED: March 22, 2013          _____/s/_____
16                                     JENNIFER WIRSCHING
                                    Attorney for Defendant Mandy Natchi Yagi

18 DATED: March 22, 2013          _____/s/_____
19                                     DEAN JOHNSON
                                    Attorney for Defendant Peter Wong

21 DATED: March 22, 2013          _____/s/_____
22                                     ANDREW P. CAPUTO
                                    Assistant United States Attorney

**1**          **[PROPOSED] ORDER**

**2**     Pursuant to stipulation and for good cause shown, trial in this matter is hereby continued

**3** to July 22, 2013.  The pretrial conference is continued to July 9, 2013, at 2:30 p.m.

**4**     The time from March 22, 2013, through July 22, 2013, is hereby excluded in computing

**5** the time within which trial must commence pursuant to the Speedy Trial Act, 18 U.S.C. §

**6** 3161(c)(1).  For the reasons specified in the parties' stipulation, the Court finds that exclusion of

**7** this time is necessary for the effective preparation of defendants' counsel and that the ends of

**8** justice served by granting this continuance and excluding this time from calculation outweigh

**9** the best interest of the public and the defendants in a speedy trial.

**10**     IT IS SO ORDERED.

**12** DATED: March __25__, 2013    _____
                                    EDWARD M. CHEN
                                    United States District Judge



STIP. & [PROP.] ORDER
CR 12-0483 EMC                             3